| INDEX OF EXHIBITS | | |
|---|---|---|
| **NUMBER/ PAGE** | **DOCUMENT** | **DATE** |
| 1.     2-8 | Somersworth Termination Letter | 1/20/2015 |
| 2.     9-11 | Somersworth FERPA Staff Policy | 2015 Policy |
| 3.     12-17 | Brady Complaint to Virginia Barry | 7/11/2014 |
| 4.     18-19 | Virginia Barry Complaint Findings | 11/13/2014 |
| 5.     20-44 | Original Complaint-Lisa Brady | 01/02/2018 |
| 6.     45-64 | Amended complaint- Lisa Brady | 12/13/2018 |
| 7.     65-68 | Defendants objection motion to Amend | 12/28/2018 |
| 8.     69-83 | Brady Motion for Partial Summary Judgment | 1/07/2019 |
| 9.     84-99 | Defendants motion for summary judgement. | 01/25/2019 |
| 10. 100-104 | Judge Howard NOD granted amended complaint | 02/12/2019 |
| 11    5-106 | Judge Howard *NOD* | 02/25/2019 |
| 12   107-109 | Brady motion for evidentiary hearing | 02/26/2019 |
| 13   110-138 | Brady motion to compel discovery | 02/26/2019 |
| 14.  140-164 | Brady filed Rule 35 Trial management | 12/04/2019 |
| 15.  165-177 | Judge Howard's Omnibus Order | 12/12/2019 |
| 16.  178-184 | Brady motion for reconsideration | 12/19/2019 |
| 17.  185-186 | NOD Judge Howard | 3/10/2020 |
| 18.  187-193 | Brady filed motion to reconsider | 03/17/2020 |
| 19.  194-195 | NOD | 05/06/2020 |
| 20.  196-221 | Brady filed Mandatory Appeal N.H. Supreme court | 05/31/2020 |
| 21.  222-223 | NOD supreme Court | 07/21/2020 |
| 22.  224-231 | Brady filed motion for reconsideration | 07/22/2020 |
| 23   232-233 | NH Supreme Court NOD | 08/18/2020 |
| 24.  234-237 | Brady Mot. to Reconsider | 08/31/2020 |
| 25.  238-251 | Brady Pet. Orig. Jurisd. against Wrong Defendant | 12/21/2020 |
| 26.  252-253 | NOD NH SUP CT. Court | 02/25/2021 |
| 27.  254-267 | Brady filed 2nd Pet. For Orig. Jurisd. | 02/25/2021 |
| 28.  268-269 | NOD N.H. Sup. CT. | 05/17/2021 |
| 29.  270-278 | MFR | 05/17/2021 |