USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | | |
|---|---|---|
| Lisa M. Brady | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:21-cv-00614-PB |
| Judge Mark E. Howard, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Hon. Mark E. Howard, Gary E. Hicks, James P. Bassett, Barbara Hantz Marconi, Patrick E. Donovan    .

Date:    08/24/2021

/s/ Anne M. Edwards
*Attorney's signature*

Anne M. Edwards, Bar No. 6826
*Printed name and bar number*

NH Department of Justice
33 Capitol Street, Concord, NH  03301

*Address*

anne.m.edwards@doj.nh.gov
*E-mail address*

(603) 271-3650
*Telephone number*

(603) 271-2110
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
 Lisa M. Brady

 Conventionally Served:

| 08/24/2021 | /s/ Anne M. Edwards |
|---|---|
| Date | Signature |