### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Lisa M. Brady, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:21-cv-00614-PB |
| ) | |
| Judge Mark E. Howard, et al. ) | |
| ) | |
| Defendants ) | |

## DEFENDANTS' MOTION TO DISMISS

The Honorable Mark E. Howard of the New Hampshire Superior Court ("Judge Howard") and the Honorable Gary E. Hicks, James P. Bassett, Barbara Hantz Marconi, and Patrick E. Donovan of the New Hampshire Supreme Court (the "Supreme Court Justices"), appearing through the Office of the New Hampshire Attorney General as counsel, hereby move to dismiss this action in its entirety pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

The Court should dismiss this action pursuant to Rule 12(b)(1) because the Court lacks subject matter jurisdiction under the Rooker-Feldman doctrine. Plaintiff's claims are otherwise barred by judicial and sovereign immunity and should therefore be dismissed pursuant to Rule 12(b)(6). This motion is accompanied by a supporting memorandum of law. See L.R. 7.1(a)(2).

WHEREFORE, Judge Howard and the Supreme Court Justices respectfully request that the Court:

A. Dismiss this action in its entirety; and

B. Grant such further relief as is just and necessary.

Respectfully submitted,

THE HONORABLE MARK E. HOWARD, THE HONORABLE GARY E. HICKS, THE HONORABLE JAMES P. BASSETT, THE HONORABLE BARBARA HANTZ MARCONI, and THE HONORABLE PATRICK E. DONOVAN

By their attorney,

JOHN M. FORMELLA
ATTORNEY GENERAL

Dated:  August 24, 2021         By: /s/ Anne M. Edwards
                                   Anne M. Edwards, Bar No. 6828
                                   Associate Attorney General
                                   New Hampshire Department of Justice
                                   33 Capitol Street
                                   Concord, NH 03301-6397
                                   (603) 271-3650
                                   anne.m.edwards@doj.nh.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, copies of the foregoing were electronically served upon Lisa M. Brady via the Court's electronic filing system.  (See ECF Doc. No. 3 (Plaintiff's Motion to Participate in Electronic Filing), granted by Endorsed Order of August 18, 2021 (Johnstone, M.J.)).

/s/ Anne M. Edwards
Anne M. Edwards