UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Lisa Marie Brady

    v.

                                      Case No. 21-cv-614-PB

Mark E. Howard, et al.

## JUDGMENT

In accordance with the Memorandum and Order by Judge Paul Barbadoro dated January 7, 2022, judgment is hereby entered.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

By the Court:

/s/Tracy A. Uhrin_____
Tracy A. Uhrin
Chief Deputy Clerk

Date: January 7, 2022

cc: Lisa Marie Brady, pro se
    Anne M. Edwards, Esq.