**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

1-20-2022

<u>Lisa M. Brady</u>,  Plaintiff

      v.                                                         Case No. 21-cv-614-PB
                                                                   Opinion No. 2022 DNH 006

<u>Mark E. Howard et al.</u>, Defendants

(N.H. Supreme Court: Senior Associate Justice Gary E. Hicks Associate Justice James P. Bassett,
Associate Justice Anna Barbara Hantz Marconi,
Associate Justice Patrick E. Donovan)

Judge:  Paul J. Barbadoro

**Notice of Appeal**

Notice is hereby given that Pro Se' Lisa M. Brady Appeals to the United States Court of Appeals for the First Circuit From the Judgement/(Memorandum/Order) from January 7, 2022 and endorsed Order denying Plaintiff motion under 59(e) and 15(a)(2) from Judge Barbadoro issued electronically on January 18, 2022.

*Lisa Brady*

/S/Lisa Brady, Pro Se'
8 Constable Road
Durham, NH 03824
603-292-5052

CERTIFICATION OF SERVICE

I certify that a copy of this notice has been delivered to all Defendants/Council through the courts ecf filing service.
/s/ Lisa Brady, Pro Se'