UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

1-21-2022

Lisa M. Brady,  Plaintiff

                    v.                                                    Case No. 21-cv-614-PB
                                                                          Opinion No. 2022 DNH 006

Mark E. Howard et al., Defendants
                                                                          Judge:  Paul J. Barbadoro
(N.H. Supreme Court: Senior Associate Justice Gary
E. Hicks Associate Justice James P. Bassett,
Associate Justice Anna Barbara Hantz Marconi,
Associate Justice Patrick E. Donovan)


**Motion for Change in Venue**

   In the interest of justice, Plaintiff, Lisa M. Brady hereby motions this Court for a change in

venue under Title 28, U. S. Judicial Code, Section 1404, from the First Circuit Court of

Appeals to another Circuit Court.  Defendant Judge Mark Howard, is the brother of the First

Circuit Chief Justice Jeffery Howard.  Any judge assigned to this case's impartiality could be

reasonably questioned based on a personal loyalty to Chief Justice Howard.

*Lisa Brady*

/S/Lisa Brady, Pro Se'
8 Constable Road
Durham, NH 03824
603-292-5052

CERTIFICATION OF SERVICE

I certify that a copy of this notice has been delivered to all Defendants/Council through the
courts ecf filing service.
/s/ Lisa Brady, Pro Se'