```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE


Lisa Marie Brady

     v.                                        No. 21-cv-614-PB

Mark E. Howard, et al.


                      CLERK'S CERTIFICATE TO
                     CIRCUIT COURT OF APPEALS

     I,Jennifer Sackos, Deputy Clerk of the United States District
Court for the District of New Hampshire, do hereby certify that the
following documents constitute the record on appeal to the First
Circuit Court of Appeals:

     DOCUMENTS NUMBERED: 8-14, Endorsed Order dated 1/18/2022

     The Clerk's Office hereby certifies the record and docket sheet
available through ECF to be the certified record and the certified
copy of the docket entries.
```

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, January 21, 2022

**FCPKGN'L0N[ PEJ , Clerk**

**By: /s/ Jennifer Sackos, Deputy Clerk**

**Jan 21, 2022**