# United States Court of Appeals
## For the First Circuit
———————————

No. 22-1060

LISA MARIE BRADY,

Plaintiff - Appellant,

v.

MARK E. HOWARD, in his individual and professional capacity, Judge, Strafford Superior Court; GARY E. HICKS, in his individual and professional capacity, Senior Associate Justice, NH Supreme Court; JAMES P. BASSETT, in his individual and professional capacity, Associate Justice, NH Supreme Court; ANNA BARBARA HANTZ MARCONI, in her individual and professional capacity, Associate Justice, NH Supreme Court; PATRICK E. DONOVAN, in his individual and professional capacity, Associate Justice, NH Supreme Court,

Defendants - Appellees.
———————————

Before

Kayatta, Gelpí and Montecalvo,
<u>Circuit Judges</u>.
———————————

**JUDGMENT**

Entered: September 8, 2023

Plaintiff Lisa Marie Brady appeals from the dismissal of her complaint and from the denial of her post-judgment motion to amend her complaint. We have carefully reviewed the record and the parties' submissions in this court. Applying de novo review, we affirm the dismissal of this case for lack of subject matter jurisdiction pursuant to the <u>Rooker-Feldman</u> doctrine, essentially for the reasons stated in the district court's January 7, 2022 memorandum and order. We also conclude that the district court did not abuse its discretion in denying plaintiff's motion to amend.

The judgment of the district court is affirmed. With respect to plaintiff's motions in this court, any motion for recusal of this panel is denied; plaintiff's motion to consolidate this appeal with D.N.H. Case No. 23-cv-00391-SE is denied; and plaintiff's motion to seal two exhibits is granted. <u>See</u> 1st Cir. R. 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Lisa Marie Brady
Anne M. Edwards