# United States Court of Appeals
## For the First Circuit

No. 22-1060

LISA MARIE BRADY,

Plaintiff - Appellant,

v.

MARK E. HOWARD, in his individual and professional capacity, Judge, Strafford Superior Court; GARY E. HICKS, in his individual and professional capacity, Senior Associate Justice, NH Supreme Court; JAMES P. BASSETT, in his individual and professional capacity, Associate Justice, NH Supreme Court; ANNA BARBARA HANTZ MARCONI, in her individual and professional capacity, Associate Justice, NH Supreme Court; PATRICK E. DONOVAN, in his individual and professional capacity, Associate Justice, NH Supreme Court,

Defendants - Appellees.

**MANDATE**

Entered: November 28, 2023

    In accordance with the judgment of September 8, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


                            By the Court:

                            Maria R. Hamilton, Clerk


cc:
Lisa Marie Brady
Anne M. Edwards